**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT O F RHODE ISLAND**

| | |
|---|---|
| In re: ) <br> ) <br> Venus Capital Management Company ) <br> ) <br> Debtor in a Foreign Proceeding.[1] ) <br> ) | Case No. 1:25-10709 <br> Chapter 15 |
| In re: ) <br> ) <br> Venus India Structured Finance Master ) <br> Limited ) <br> ) <br> Debtor in a Foreign Proceeding. ) | Case No. 1:25-10710 <br> Chapter 15 |
| In re: ) <br> ) <br> Venus Master Fund ) <br> ) <br> Debtor in a Foreign Proceeding. ) <br> ) | Case No. 1:25-10711 <br> Chapter 15 |

*EX PARTE* **MOTION FOR JOINT ADMINISTRATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) FOR ORDER DIRECTING JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF BANKRUPTCY CODE**

Bavesh Huns Biltoo, Head of Advisory for KPMG Mauritius ("KPMG"), is the Administrator and/or Liquidator and authorized foreign representative (the "Foreign Representative," or "Mauritius Liquidator"), as defined in section 101(24) of title 11 of the United States Code (the "Bankruptcy Code") of Venus Capital Management Company ("VCM"), Venus India Structured Finance Master Limited ("Mauritius India Fund") and Venus Master Fund ("Mauritius Macro Fund," collectively with the Mauritius India Fund, the "Mauritius Funds") (collectively, the "Mauritius Debtors"), companies in insolvency proceedings (the "Mauritius Proceedings") in the Republic of Mauritius ("Mauritius") under the Mauritius Insolvency Act,

---

[1] The Mauritius Debtors in these cases along with the last four digits of each Mauritius Debtors' tax identification numbers are Venus Capital Management Company (5265), Venus India Structured Finance Master Limited (4244), and Venus Master Fund (6784).

1

82648161;1

2009 (the "Mauritius Insolvency Act"). The Foreign Representative commenced these chapter 15 cases (the "Chapter 15 Cases") ancillary to the Mauritius Proceedings by filing with this Court the Official Form 401 Petition (the "Form Petitions") and the *Verified Petition for Recognition of Foreign Main Proceedings and for Related Relief Under Chapter 15 of the Bankruptcy Code, and Memorandum of Law in Support Thereof* (the "Verified Petition" and collectively with the Form Petitions, the "Chapter 15 Petition"), with the accompanying documentation required pursuant to sections 1504 and 1515 of title 11 of the Bankruptcy Code.

By this Motion ("Motion"), the Foreign Representative respectfully requests the entry of an order substantially in the form attached hereto as **Exhibit A** directing joint administration of these Chapter 15 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Rhode Island. In support thereof, the Foreign Representative respectfully represents as follows:

I.      **JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(a) and (b) and 11 U.S.C. § 1501. Venue is proper in this district under 28 U.S.C. §§ 1409 and 1410. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.      The bases for relief are sections 101(2) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b).

3.      The Mauritius Debtors confirm their consent, pursuant to Bankruptcy Rule 7008 to the entry of a final order by the Court in connection with the Chapter 15 Petition to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## II.     BACKGROUND

4. The Court is respectfully referred to the Chapter 15 Petition, the Declaration of Bavesh Huns Biltoo (the "Biltoo Decl.") and the Declaration of Rajeshwar Bucktowonsing (the "Bucktowonsing Decl.," and together with the Biltoo Decl., the "Declarations"), for a description of the Mauritius Proceeding and Debtors' activities, businesses, corporate organization, and the circumstances leading to the filing of these Chapter 15 Cases. The Foreign Representative relies on and incorporates these documents by reference, all of which were filed contemporaneously herewith.

## III.     REQUESTED RELIEF

5. Pursuant to Federal Rule of Bankruptcy 1015(b) and Local Rule 1015-1, the Foreign Representative seeks joint administration of these Chapter 15 Cases and implementation of the following procedures:

    a. One docket shall be maintained for the Debtors' cases, under the case number assigned to Venus Capital Management Company.

    b. Any document filed in any of Debtors' docket shall be deemed filed in all dockets.

    c. The caption of all pleadings, orders, and other papers filed shall be modified as follows to reflect the joint administration of these cases:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: | Case No. 1:25-10709 |
| Venus Capital Management Company, *et al.*,[2] | Chapter 15 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

      d.      A notation substantially similar to the following notation shall be entered on the docket for: (1) Venus Capital Management Company, (2) Venus India Structured Finance Master Limited to reflect that each of the Debtors' chapter 15 cases shall be jointly administered under Venus Capital Management Company's chapter 15 case:

> **A order has been entered in this case directing joint administration of this case solely for procedural purposes with the chapter 15 bankruptcy case of Venus Capital Management Company, Case No. 1:25-10709. The docket for Venus Capital Management Company should be consulted for all matters affecting this case.**

      6.      Further, the Foreign Representative requests that the Court authorize the Foreign Representative to file the Consolidated 1007(a)(4) List and maintain a consolidated list of (a) the parties to litigation pending in the United States involving any of the Debtors and (b) all persons and entities against whom the Foreign Representative seeks provisional relief pursuant to section 1519, to be available to the Debtors' creditors and parties in interest upon request.

      7.      Finally, the Foreign Representative seeks authority to send combined notices to the Debtors' creditors and other parties in interest where appropriate.

---

[2] The Mauritius Debtors in these cases along with the last four digits of each Mauritius Debtors' tax identification numbers are Venus Capital Management Company (5265), Venus India Structured Finance Master Limited (4244), and Venus Master Fund (6784).

82648161;1

## IV. ARGUMENT AND AUTHORITIES

8. Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 allow joint administration of a debtor and its affiliates. As set forth in greater detail in the Biltoo Declaration, each of the Debtors are related to the same corporate family and are managed by the same management. Joint administration will result in savings to the Debtors and to the creditor body and will save the Court and the clerk's office time by avoiding multiple filings in multiple cases. Otherwise, duplicative filings will be required each time a document is filed.

9. No party will be prejudiced by the relief requested in the Motion. The requested relief is solely procedural and is not intended to affect substantive rights. An order for joint administration relates to the routine administration of a case and may be entered by the court in its discretion. Indeed, the relief requested is commonly granted on an emergency and/or *ex parte* basis in chapter 15 cases in all jurisdictions. *E.g., In re Li-Cycle Holdings Corp.*, No. 25-10991(Docket No. 6) (Bankr. S.D.N.Y. May 14, 2025); *In re STS Renewables Ltd.*, No. 25-10884 (Docket No. 19) (Bankr. Del. May 20, 2025); *In re good Natured Products Inc.*, No. 24-80891 (Docket No. 17) (Bankr. N.D. Ill. July 3, 2024); *In re Dynamic Tech. Group, Inc.*, No. 23-41416 (Docket No. 16) (Bankr. N.D. Tex. May 24, 2023).

## V. LIMITED NOTICE

10. The Foreign Representative will provide notice of this Motion to the U.S. Trustee. In light of the administrative nature of the relief requested, the Foreign Representative submits that no further notice is required. The Foreign Representative will, however, serve notice of the signed order granting the relief requested herein to the Notice Parties as that term is defined in the Application of Foreign Representative for Order (I) Specifying Form and Manner of Service and Notice (II) Scheduling Hearing on Recognition and Additional Relief and (III) Setting Deadline

for Objections and Replies. The Foreign Representative will also serve the Notice of Joint Administration as required by Rhode Island Bankruptcy Court Local Rule 1015-1.

## VI. PRAYER

WHEREFORE, the Foreign Representatives respectfully request that the Court: (i) enter an order substantially in the form of the Proposed Order annexed hereto as **Exhibit A**; (ii) grant the relief requested in the Motion and order joint administration of these Chapter 15 Cases pursuant to Bankruptcy Rule 1015(b); and (iii) grant such other and further relief as the Court deems just and proper.

Dated: September 5, 2025

Respectfully submitted,

AKERMAN LLP

 *H. Frances Kleiner*
H. Frances Kleiner (R.I. #2284)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
frances.kleiner@akerman.com

-and-

R. Adam Swick (*Pro Hac Vice to be filed*)
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile: (512) 623-6701
adam.swick@akerman.com

*Attorneys for Bavesh Huns Biltoo, in his capacity as Administrator of Venus Capital Management Company and Liquidator of Venus India Structured Finance Master Limited and Venus Master Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, the foregoing document was served upon the parties on the attached service list via email and/or first class mail.

> */s/ H. Frances Kleiner*
> H. Frances Kleiner

82648161;1

## **Mauritius Service List**

Served via U.S. First Class Mail and/or Email on September 5, 2025

| **Debtors** | Venus Capital Management Company<br>Venus India Structured Finance Master Limited<br>Venus Master Fund |
|---|---|
| **Foreign Representative** | Huns Biltoo<br>KPMG Mauritius<br>KPMG Centre<br>31, Cybercity<br>Ebene, Mauritius 72201<br>Email: hbiltoo@kpmg.mu |
| **Foreign Representative's Mauritius Counsel** | Orison Legal<br>Attn: Rajeshwar Bucktowonsing<br>Email: rajesh@orisonlegal.com |
| **BVI Debtors' U.S. Counsel** | Akerman LLP<br>R. Adam Swick<br>500 West 5th Street, Suite 1210<br>Austin, TX 78701<br>Email: adam.swick@akerman.com<br><br>-and-<br><br>Francis Kleiner<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br>Email: francis.kleiner@akerman.com |
| **BVI Liquidators through their BVI Counsel** | Appleby (BVI) Limited<br>Attn: Daniel Mitchell<br>Email: dmitchell@applebyglobal.com |
| **United States Trustee** | Office of the United States Trustee District of Rhode Island<br>Region 1<br>U.S. Courthouse<br>One Exchange Terrace, Suite 431<br>Providence, RI 02903<br>Email: ustpregion01.pr.ecf@usdoj.gov |

82719704;1