# EXHIBIT B

**STRUCTURE CHART VENUS GROUP AS AT 08 AUGUST 2024**

