# EXHIBIT B



**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**
**INSOLVENCY AND COMPANIES LIST (CHD)**

CR-2020-002730

Before: **Insolvency and Companies Court Judge Mullen**

IN THE MATTER OF **AIR MAURITIUS LIMITED** (IN ADMINISTRATION IN MAURITIUS)

AND IN THE MATTER OF **THE CROSS-BORDER INSOLVENCY REGULATIONS 2006**

AND IN THE MATTER OF **THE INSOLVENCY ACT 1986**

---
### Order
---

**UPON THE APPLICATION** of Sattar Hajee Abdoula and Arvindsingh K. Gokhool (together, '**the Joint Administrators**')

**AND UPON READING** the evidence

**AND UPON HEARING** Dr Riz Mokal, Counsel for the Joint Administrators

**IT IS ORDERED** that:

1   The voluntary administration proceeding taking place in Mauritius under that country's Insolvency Act 2009 in respect of Air Mauritius Limited ('**the Company**') be and hereby are recognised as the foreign main proceeding in accordance with the Model Law on Cross-Border Insolvency promulgated by the United Nations Commission on International Trade Law, as incorporated in Schedule 1 to the Cross-Border Insolvency Regulations 2006 ('**the Model Law**').

2   Pursuant to Articles 20(6) and 21(1)(g) of the Model Law, the stay and suspension effected by Article 20(1) of the Model Law is modified as follows and additional relief is granted in the following terms:

   2.1   No step may be taken to enforce any mortgage, charge, lien or other security over the Company's property except with the consent of the Joint Administrators or with the permission of the Court.

   2.2   No steps may be taken to repossess goods in the Company's possession under a hire-purchase agreement (as defined in paragraph 111(1) of Schedule B1 to the Insolvency Act 1986) except with the consent of the Joint Administrators or with the permission of the Court.

   2.3   No legal process may be instituted or continued against the Company or its property except with the consent of the Joint Administrators or the permission of the Court. For the purposes of this Order, the term "*legal process*" includes arbitrations, legal proceedings, execution, distress, diligence, and all other forms of legal process.

   2.4   No administrative receiver (the latter as defined in paragraph 111(1) of Schedule B1 to the Insolvency Act 1986) may be appointed in relation to the Company.

   2.5   No winding up petition may be presented in respect of the Company except with the consent of the Joint Administrators or with the permission of the Court, and no order may be made for the winding up of the Company (save as identified by paragraph 42(4) of Schedule B1 to the Insolvency Act 1986, and paragraph 42(5) of Schedule B1 to the Insolvency Act 1986 shall apply in respect of the Company).

- 3 -

    2.6    The Joint Administrators are entrusted with the administration and realisation of all of the Company's property located in this jurisdiction, including in particular and without limitation the three bank accounts held by the Company with the National Westminster Bank Plc, each bearing the sort code 50-41-01 and with the numbers 46701273, 46701281, and 46701435.

3    For the avoidance of doubt:

    3.1    This Order applies to any rights to which the International Interests in Aircraft Equipment (Cape Town Convention) Regulations 2015 if and only to the extent permitted by those Regulations.

    3.2    Paragraph 2.3 of this Order relates only to legal process against the Company and does not affect legal process by the Company against third parties.

    3.3    This Order applies only in Great Britain and does not have extra-territorial effect.

4    Service of the Application on the Company is hereby dispensed with.

Dated this **22nd day of June 2020**

CR-2020-002730

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY**
**COURTS OF ENGLAND AND**
**WALES**
**INSOLVENCY AND COMPANIES**
**LIST (CHD)**

Before **Insolvency and Companies Court Judge Mullen**
Dated **22 June 2020**

IN THE MATTER OF **AIR MAURITIUS LIMITED** (IN ADMINISTRATION IN MAURITIUS)
AND IN THE MATTER OF **THE CROSS-BORDER INSOLVENCY REGULATIONS 2006**
AND IN THE MATTER OF **THE INSOLVENCY ACT 1986**

_____

**Order**

_____

**Morrison & Foerster (UK) LLP**
The Scalpel
52 Lime Street
London EC3M 7AF
P +44 (0)20 7920 4000
F +44 (0)20 7496 8500

- 4 -

- 5 -

<u>Applicants' solicitors</u>