# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT O F RHODE ISLAND

| | |
|---|---|
| In re: ) <br> ) <br> Venus Capital Management Company ) <br> ) <br> Debtor in a Foreign Proceeding.[1] ) <br> ) | Case No. 1:25-10709 <br> Chapter 15 |
| In re: ) <br> ) <br> Venus India Structured Finance Master ) <br> Limited ) <br> ) <br> Debtor in a Foreign Proceeding. ) | Case No. 1:25-10710 <br> Chapter 15 |
| In re: ) <br> ) <br> Venus Master Fund ) <br> ) <br> Debtor in a Foreign Proceeding. ) <br> ) | Case No. 1:10711 <br> Chapter 15 |

## DECLARATION OF R. ADAM SWICK

I, R. ADAM SWICK, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1. I am an attorney of the law firm Akerman LLP, attorneys for foreign representatives (the "Foreign Representatives" or "Mauritius Liquidators"), as defined in section 101(24) of the title 11 of the United States Code (the "Bankruptcy Code") of Venus Capital Management Company, Venus India Structured Finance Master Limited, and Venus Master Fund (the "Mauritius Proceedings") pending in the Republic of Mauritius ("Mauritius") under the Mauritius Insolvency Act, 209 (the "Mauritius Insolvency Act"). The Foreign Representatives commenced

---

[1] The Mauritius Debtors in these cases along with the last four digits of each Mauritius Debtors' tax identification numbers are Venus Capital Management Company (5265), Venus India Structured Finance Master Limited (4244), and Venus Master Fund (6784).

these chapter 15 cases (the "Chapter 15 Cases") ancillary to the Mauritius Proceedings by filing with this Court the Official Form 401 Petitions (the "Form Petitions") and the *Verified Petition for Recognition of Foreign Main Proceedings and for Related Relief Under Chapter 15 of the Bankruptcy Code and Memorandum of Law in Support Thereof* (the "Verified Petition" and collectively with the Form Petitions, the "Chapter 15 Petition"), with the accompanying documentation required pursuant to sections 1504 and 1515 of title 11 of the Bankruptcy Code.

2. I submit this declaration in support of the following:

- *Ex Parte Motion for Joint Administration Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code* (ECF No. 2) ("Joint Administration");

- *Ex Parte Application for Order (I) Specifying Form and Manner of Service and Notice (II) Scheduling Hearing on Recognition and Additional Relief and (III) Setting Deadline for Objections and Replies* (ECF No. 6) ("Form Notice and Service"); and

- *Ex Parte Application for Leave to Exceed Page Limitation* (ECF No. 7).

(collectively, the "Motions") which were filed as a first-day motions at the time of initiating these chapter 15 cases.

3. As set forth in the Motions, the relief requested in the requests is necessary and appropriate on an immediate basis. Bankruptcy Rule 2002(q) requires 21-days' notice of an petition for recognition. The Motion is critical to timely serving the Chapter 15 Petitions and achieving an efficient way of conducting these cases. The need for this *ex parte* request was not caused by lack of due diligence or any act of failure to act by the Mauritius Debtors' or their counsel, but by the circumstances of these chapter 15 cases.

*[Remainder of intentionally left blank]*

    <u>/s/ R. Adam Swick</u>
R. Adam Swick (*Pro Hac Vice to be filed*)
AKERMAN LLP
500 West 5th Street, Suite 1210
Austin, TX 78701
Telephone: (737) 999-7103
Facsimile: (512) 623-6701
adam.swick@akerman.com

*Attorneys for Bavesh Huns Biltoo, in his capacity as Administrator of Venus Capital Management Company and Liquidator of Venus India Structured Finance Master Limited and Venus Master Fund*

3